# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Griffith, Thomas B. | 2. Court or Organization<br><br>US Court of Appeals for the D.C. Circuit | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Friends of the CEELI Institute |
| 2. | Director, President | The Temple and Observatory Group |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Stanford Law School - Adjunct Professor salary | $26,000.00 |
| 2. 2014 | Deseret Mutual Benefit Association - Retirement Account | $18,867.60 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 4/9/2014 - 4/11/2014 | New Haven, CT | Speak to the Yale FedSoc chapter | Train fare, hotel, meals, taxi |
| 2. | Utah Valley University | 4/15/2014 - 4/17/2014 | Orem, UT | Distinguished Judicial Lecturer at Constitutional Symposium on Religious Freedom | Hotel, mileage, tolls, meals, rental car, parking |
| 3. | Wabash College | 4/21/2014 - 4/23/2014 | Crawfordsville, IN | Received the 2014 David W. Peck Senior Medal; speak to the Wabash College community | Hotel, mileage, tolls, parking, baggage fees |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Griffith, Thomas B. | 05/15/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Administrative Offices of the U.S. Courts | 6/2/2014 - 6/4/2014 | Seattle, WA | Attend meeting of the Court Administration and Case Management Committee meeting | Airfare, hotel, meals, mileage, tolls, taxi, |
| 5. | Brigham Young University | 6/20/2014 - 6/28/2014 | Oxford, England | Participate in Oxford Journal of Law & Religion Summer Academy in Law & Religion | Hotel, mileage, tolls, meals, train fare, taxi, bus |
| 6. | Brigham Young University | 7/12/2014 - 7/20/2014 | Danang, Vietnam | Participate in Summer 2014 Vietnam Religion & the Rule of Law Training Program | Hotel, mileage, tolls, meals, taxi |
| 7. | Brigham Young University | 9/8/2014 - 9/10/2014 | Provo, UT | Attend Inauguation of new BYU President Kevin Worthen/ speak to Supreme Court class | Hotel, rental car, taxi, meals |
| 8. | Brigham Young University | 9/16/2014 - 9/21/2014 | Provo, UT | Speak at BYU Career Lecture, Annual SCt review, panel participant for Constituion Day | Hotel, mileage, tolls, meals, parking, gas |
| 9. | Nelson A. Rockefeller Center at Dartmouth College | 10/22/2014 - 10/23/2014 | Hanover, NH | Public Talk as part of Washington, DC Policy Speaker Series | Hotel, meals, baggage fees, parking |
| 10. | College of William and Mary | 11/04/2014 | Washington, DC | Meet with students of Supreme Court seminar | Taxi |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit Card | J |
| 2. | C & D Construction | Unsecured Construction Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.　Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2.　Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | 03/24/14 | J | A | ▒▒▒▒ |
| 3.　Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 4.　DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Entry #2 -- Nuveen Multi-Manager Large Cap Value A, Column D:  This item was transferred to ████████████████████████.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544